IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § | CASE NUMBER 4:17-CR-00122 |
| v. | | |
| JESSE WAYNE SULLIVAN (4) | | |

## WAIVER OF DETENTION HEARING

I, **JESSE WAYNE SULLIVAN**, having been charged with a Violation of Pretrial Release, having appeared before the Court and been advised of my rights as required by Title 18 U.S.C. Section 3142 et seq., including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be held in custody pending disposition of this matter.

_____
JESSE WAYNE SULLIVAN, Defendant

_Jesse Wayne Sullivan_
Printed Name

_____
Defendant's Attorney

_Ed Richardson_
Printed Name

Date: August 30, 2018